# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| James Lemasters and Vickie Lemasters<br><br>*Plaintiff(s)*<br>v.<br>Wausau Homes, Inc., Phillips Builders, LLC, and Scott Phillips<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 6:24-cv-3200<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wausau Homes, Inc.
CT Corporation System
120 S. Central Ave.
Clayton, MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Keane Law LLC
Ryan Keane
Tanner Kirksey
7711 Bonhomme Ave. Suite 600
St. Louis, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jul 12, 2024

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-3200

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WAUSAU Homes
was received by me on *(date)* 7-22-2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Bonnie Love CT. Corp. Reg Agent, who is designated by law to accept service of process on behalf of *(name of organization)* WAUSAU Homes
120 S. Central #4w STL MO 63105 on *(date)* 7-22-2024 ; or 1:52 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7-22-2024

*Server's signature*

David Cowden SPS315
*Printed name and title*

4740 Candleglow STL MO 63129
*Server's address*

Additional information regarding attempted service, etc: