Civil Action No. 6:24-cv-3200

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Phillips Builders LLC**
was received by me on *(date)* **7-25-24**.

☒ I personally served the summons on the individual at *(place)* **216 W. Walnut St. Clarinda, IA 51632** on *(date)* **7-28-24** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7-29-24**

*Server's signature* — Lindsey Stephens 73-3

*Printed name and title* — Deputy Lindsey Stephens 73-3

_____
*Server's address*

Additional information regarding attempted service, etc: